IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| FAITH HUGHES | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| NANCY A. BERRYHILL, | : | |
| Acting Commissioner for | : | |
| Social Security | : | 17-5651 |

ORDER

BERLE M. SCHILLER, J.

AND NOW, this 9 day of Aug , 2018, upon consideration of the Plaintiff's Request for Review and the Defendant's response thereto, and after careful review of the Report and Recommendation of United States Magistrate Jacob P. Hart, *& objections thereto* IT IS ORDERED that:

1. The Claimant's Request for Review is DENIED; and

2. Judgment shall be entered in favor of the Defendant.

BY THE COURT:

/s/ BMSch

BERLE M. SCHILLER, J.